IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01580-CMA-BNB | Date:   December 16, 2009 |
| Courtroom Deputy:  Cathy Coomes | FTR – BNB COURTROOM A-401 |

| | |
|---|---|
| BRANDON MCCLELLAND, | Christopher S. Grubbs |
| Plaintiff, | |
| v. | |
| BLAZIN' WINGS, INC., | John T. Osgood |
| d/b/a Buffalo Wild Wings Grill & Bar, | Leslie A. Gelhar |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING:  MOTION FOR PROTECTIVE ORDER**

Court in session:     3:04 p.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

Defendant's Motion for a F.R.C.P. 26(c) Protective Order Regarding the Statement of Donald Mehas (Doc. #15, filed 11/11/09) is taken under advisement.

Court in recess     3:39 p.m.     Hearing concluded.
Total time in Court:   0:35