**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01580-CMA-BNB

BRANDON McCLELLAND,

     Plaintiff,

v.

BLAZIN'WINGS, INC. d/b/a BUFFALO WILD WINGS GRILL & BAR,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal (Doc.

# 24).  The Court having considered  the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to

pay his or its own costs, expenses and attorneys' fees.

     DATED:  March __04__, 2010

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge